IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK K. THOMPSON, | 1:07-cv-00684-LJO-DLB (HC) |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION FOR EXTENSION OF TIME AS MOOT |
| K. MENDOZA-POWERS, | (Document #9) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On July 19, 2007, respondent filed a motion for an extension of time to file a motion to dismiss. Pursuant to the Court's order of May 22, 2007, a motion to dismiss was due on or before July 21, 2007. (Court Doc. 6.)

On August 20, 2007, Respondent timely filed an answer to the petition for writ of habeas corpus, accordingly, IT IS HEREBY ORDERED THAT Respondent's motion for extension of time to file a motion to dismiss is DISREGARDED as moot.

///

///

IT IS SO ORDERED.

Dated:  **August 23, 2007**              **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE